# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 15, 2025

Mr. Daniel Alexander Harrell
Faegre, Drinker, Biddle & Reath, L.L.P.
2323 Ross Avenue
Suite 1700
Dallas, TX 75201-7367

Mr. Sidney Ray Hill III
McAngus, Goudelock & Courie, L.L.C.
119 N. 9th Street
Oxford, MS 38655

Mr. William Monroe Quin II
McCraney, Montagnet, Quin & Noble, P.L.L.C.
602 Steed Road
Suite 200
Ridgeland, MS 39157-0000

    No. 25-60196   Bryant v. Rosenberg
                     USDC No. 3:24-CV-260

Dear Counsel,

You must submit the 6 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

**The covers of your documents must be the following colors: Appellants' brief must be blue. Appellees' brief must be red. Appellants' Record excerpts must be white and contain physical tabs that extend beyond the edge of the document. Appellants' reply brief must be gray.**

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs and record excerpts.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Kim M. Pollard, Deputy Clerk
                                        504-310-7635

cc:
    Ms. Susan Elizabeth Egeland
    Mr. W. Thomas McCraney III
    Mr. Paul A. Rosenthal