

**Susan E. Egeland**
Direct Phone   214-462-3158
segeland@cozen.com

February 9, 2026

**VIA CM/ECF**
Lyle W. Cayce, Clerk
Kim Pollard, Deputy Clerk
U.S. Court of Appeals, Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

    Re:   Case No. 25-60196; *Bryant v. Rosenberg*
           USDC No. 3:24-CV-260

Dear Mr. Cayce and Ms. Pollard:

Please be advised that as of January 31, 2025, I was no longer affiliated with the firm of Faegre Drinker Biddle & Reath LLP ("Faegre Drinker"). Please withdraw my Notice of Appearance in connection with this matter, as I will not continue to represent Appellee Arena Group Holdings, Inc. ("Arena Group").

Arena Group will continue to be represented by D. Alexander Harrell (Lead Counsel) and Paul A. Rosenthal of Faegre Drinker, each of whom has appeared herein.

If you have any questions, please do not hesitate to contact me.

           Respectfully submitted,

           *Susan E. Egeland*

           Susan E. Egeland